```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

FEDERAL DEPOSIT INSURANCE      )
CORPORATION, as Receiver of    )
Tennessee Commerce Bank,       )
                               )
    Plaintiff              )
                               )     No. 3:13-0519
v.                             )     Judge Nixon/Brown
                               )     **Jury Demand**
JAMES D. ASHMORE,              )
                               )
    Defendant              )

## O R D E R

A telephone conference with Magistrate Judge Joe Brown is set for **Tuesday, July 1, 2014, at 11:00 a.m.** to discuss the pending motion to compel.

**To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

It is so **ORDERED**.

                         /s/   Joe B. Brown
                         JOE B. BROWN
                         United States Magistrate Judge